UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KIRBY LAND COMPANY, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **KOMATSU FINANCIAL LIMITED PARTNERSHIP,** <br><br> Defendant. | Case No. 20-cv-1681 |

### PLAINTIFF'S FED R. CIV. P. 7.1 AND L.R. 3.2 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, Plaintiff Kirby Land Company, Inc. states as follows:

Kirby Land Company, Inc. is a wholly owned subsidiary of James C. Justice Companies, Inc., which is a privately held corporation. No publicly-traded corporation owns any stock in Kirby Land Company, Inc.

Dated: March 9, 2020

Respectfully submitted,

/s/Louis D. Bernstein
LOUIS D. BERNSTEIN (ARDC #6192379)
BERNSTEIN LAW FIRM, LLC
350 North Clark Street, Suite 400
Chicago, Illinois 60654
Telephone: (312) 645-6090

Facsimile: (866) 929-7392
lbernstein@bernsteinlawchicago.com

COUNSEL FOR PLAINTIFF
KIRBY LAND COMPANY, INC.

### CERTIFICATE OF SERVICE

I hereby certify that on this the 9th of March, 2020, the foregoing Fed. R. Civ. P. 7.1 and L.R. 3.2 Corporate Disclosure Statement of Plaintiff Kirby Land Company, Inc. was served electronically through this Court's CM/ECF system upon those entitled to receive notice of same.

/s/ Louis D. Bernstein
COUNSEL FOR PLAINTIFF

mwepld0819