# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Kirby Land Company, Inc.

                                        Plaintiff,

v.                                                              Case No.: 1:20−cv−01681

                                                                      Honorable Steven C. Seeger

Komatsu Financial Limited Partnership

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 11, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's response to the motion to dismiss and/or motion to change venue (Dckt. No. [18]) is due on June 8, 2020. Reply is due on June 22, 2020. Motion hearing previously set for June 2, 2020 is stricken. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.